IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-40868
Conference Calendar

_____

UNITED STATES OF AMERICA,

                                              Plaintiff-Appellee,

versus

RAMIRO ZAMORA-DIAZ,

                                              Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. L-99-CR-167-1
--------------------
April 14, 2000

Before WIENER, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Federal Public Defender appointed to represent Ramiro Zamora-Diaz has moved for leave to withdraw and has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Zamora-Diaz has received a copy of counsel's motion and brief but has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.

_____

     [*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.